**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramon PEREZ, also known as Rufegio Perez Mireles, also known as Pedro, also known as Jesse, also known as Gregorio Berrun, also known as Alfredo Cantu, also known as Raquel Pena, also known as Gesus Garcia, Defendant–Appellant.**

No. 05–11386
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 10, 2007.

Susan B. Cowger, Chad Eugene Meacham, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Ira Raymond Kirkendoll, Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Dallas, TX, Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

---

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ramon Perez has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

